UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

RODNEY UNDERWOOD,

Defendant.

_____/

Case: 2:26−cr−20403
Assigned To : Berg, Terrence G.
Referral Judge: Grand, David R.
Assign. Date : 6/25/2026
Description: INFO USA V
UNDERWOOD (MRS)

## **INFORMATION**

The Assistant Attorney General for the United States Department of Justice, Criminal Division charges that at all times pertinent to this Information:

1.      Defendant RODNEY UNDERWOOD was a resident of Detroit, Michigan, within the Eastern District of Michigan.

2.      Between 2023 and 2024, defendant UNDERWOOD prepared and electronically submitted to the IRS approximately 210 nearly identically false and fraudulent U.S. Individual Income Tax Returns, Forms 1040 ("Forms 1040"), for tax years 2022 and 2023, on behalf of

taxpayer-clients from various locations in or around Detroit, Michigan. Defendant UNDERWOOD submitted these returns in exchange for fees.

3.     Defendant UNDERWOOD "ghost prepared" these tax returns, meaning that he did not identify himself through a preparer tax identification number ("PTIN") as required. Instead, he left the "Paid Preparer Use Only" section blank, so that the returns appeared to be self-prepared.

4.     On each of the false Forms 1040, defendant UNDERWOOD intentionally reported false dividend income amounts and false withholding amounts to generate refunds that the clients were not entitled to receive. The overall intended loss to the United States government from the scheme is approximately $7.2 million, while the actual loss is approximately $6.2 million.

**<u>COUNT ONE</u>**
**18 U.S.C. § 287**
**(Filing False Claim for Refund)**

5.     On or about October 25, 2023, in the Eastern District of Michigan, Southern Division, defendant RODNEY UNDERWOOD made and presented, and caused to be made and presented, to the

Internal Revenue Service, an agency of the United States Department of the Treasury, a claim against the United States for payment of a refund of taxes in the amount of $38,187, knowing that claim to be false, fictitious, and fraudulent. Defendant UNDERWOOD made the claim by preparing and causing to be prepared, and presenting and causing to be presented, to the Internal Revenue Service, a U.S. Individual Income Tax Return, Form 1040, for Client 1 for calendar year 2022, requesting a refund to which Defendant UNDERWOOD knew Client 1 was not entitled.

In violation of Title 18, United States Code, Section 287.

A. TYSEN DUVA
Assistant Attorney General
Department of Justice, Criminal
Division


/s/ Shawn T. Noud
Shawn T. Noud
Alexis S. Hughes
Trial Attorneys, Tax Section
Department of Justice, Criminal
Division

3

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number<br>2:26−cr−20403 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ **Yes**     ☒ **No** | **AUSA's Initials:** STN |

**Case Title:** USA v.  Rodney Underwood

**County where offense occurred :**  Wayne

**Check One:**     ☒ Felony          ☐ Misdemeanor          ☐ Petty

_____Indictment/__✓__Information --- **no** prior complaint.
_____Indictment/_____Information --- based upon prior complaint [**Case number:**                    ]
_____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
|  |  |  |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

June 25, 2026
Date

s/Shawn T. Noud

Shawn T. Noud
Trial Attorney
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

Phone: (202) 598-3683
Fax:
E-Mail address: Shawn.T.Noud@usdoj.gov
Attorney Bar #:

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.